*ORDER ON ORAL MOTION*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOFFMANN-LA ROCHE INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | Civil Action No. 09-5283(WJM)(MF) <br><br> [~~PROPOSED~~] ORDER PURSUANT TO L. PAT. R. 3.7 GRANTING TEVA LEAVE TO AMEND ITS INVALIDITY CONTENTIONS |

**THIS MATTER** having been brought before the Court on the application of Defendant Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva") for an order allowing Teva to amend its Invalidity Contentions under L. Pat. R. 3.7; and the Court having considered Teva's letter application, dated May 20, 2011; and there being no opposition; and for good cause shown,

IT IS ON THIS 25 day of May, 2011,

**ORDERED** that Teva's application for leave to amend its Invalidity Contentions is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Teva's Invalidity Contentions will be deemed to have been served as of May 20, 2011.

_____
MARK FALK, U.S.M.J.

278603 v1